IN THE MATTER OF
JORGE M. DUMOIS, DECEASED.

May 2, 1978. Petition for certification denied.

JEAN MAURI v. THE ROBBINS AGENCY.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. GARY MESSINA.

May 2, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOEL SUSSMAN.

May 2, 1978. Petition for certification denied.

MILLARD SPIALTER T/A LINDSLEY ARMS APARTMENTS
v. WILLIAM C. LOHRFINK.

May 2, 1978. Petition for certification denied.